THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES STEWART.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

In the Matter of MILTON & VELINSKY et al., v. NORTHEASTERN WHOLESALERS, INC., et al.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

In the Matter of HAMILTON ALLEN, Deceased. JEAN A. BUTLER; HAMILTON ALLEN, JR., et al.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

220–2 EAST 85TH ST., INC., v. MARVIN FASTENBERG et al.—

SUZANNE MUSE v. PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, as Administrator.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

57TH STREET GARAGE, INC., v. 157 EAST 57TH CORP.—

Concur — Botein. P. J., Breitel, Rabin, Valente and McNally, JJ.